# IN THE SUPREME COURT OF THE STATE OF NEVADA

GIOVANNI KOHLER KURTZE,
     Appellant,

vs.

THE STATE OF NEVADA,
     Respondent.

No. 74597 ✔

GIOVANNI KOHLER KURTZE,
     Appellant,

vs.

THE STATE OF NEVADA,
     Respondent.

No. 74675

**FILED**

JAN 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant's notices of appeal fail to identify any decisions of the district court. Further, it does not appear from the district court minutes and docket entries that the district court has entered any appealable order. Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-03812

cc: Hon. Eric Johnson, District Judge
Giovanni Kohler Kurtze
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk